IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

_____

KRIS E. BLEVENS and wife,
LINDA BLEVENS,

    Plaintiffs,

Vs.                                                                       No.  3:11cv00126 JMM
                                                                        JURY DEMAND

BARRY-WEHMILLER COMPANIES, INC.,
HAYSSENSANDIACRE DIVISION;
HAYSSEN, INC.,
BEMIS COMPANY, INC.,
HAYSSEN MANUFACTURING COMPANY, and
HAYCO LIQUIDATION COMPANY, INC.,

    Defendants.

_____

ORDER GRANTING MOTION TO AMEND COMPLAINT
AND VACATING PROPOSED FINAL SCHEDULING ORDER

_____

       THIS CAUSE came on to be heard before the Honorable James M. Moody, Judge of the United States District Court for the Eastern District of Arkansas, Jonesboro Division, upon the Plaintiffs' Motion to Amend Complaint and Amend Proposed Final Scheduling Order, docket # 18, upon statement of counsel, and upon the entire record in this cause, from all of which the Court finds as follows:

1.      That the Motion is well taken and that the Plaintiffs are hereby allowed to add Bemis Company, Inc., Hayssen Manufacturing Company and Hayco Liquidation Company, Inc. to the Amended Complaint;

2. That the proposed Final Scheduling Order is hereby vacated until such a time as the new Defendants shall obtain counsel and file their Answers to the Amended Complaint.

*James M. Moody*
JUDGE

October 31, 2011
DATE

APPROVED FOR ENTRY:

_____
MARK LEDBETTER          AR#74175
Attorney for Plaintiffs        TN#17637
254 Court Avenue, Suite 305
Memphis, TN  38103
Phone:  (901) 523-8153
Fax:  (901) 523-8115
Email:  mark794@aol.com

_____
SCOTT EMERSON
Emerson Law Firm
245 S. Main
P.O. Box 1872
Jonesboro, AR  72403
Phone:  870-275-4230
Fax:  870-275-4231
Email:  scott@scottemersonlaw.com