IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

KRIS E BLEVENS and wife,　　　　　　　　　　　　　　　　PLAINTIFFS
LINDA BLEVENS

VS.　　　　　　　　NO. 3:11 CV-00126 JMM

BEMIS COMPANY, INC,
HAYSSEN MANUFACTURING COMPANY (HMC), and　　　DEFENDANTS
HAYCO LIQUIDATING COMPANY, INC.

CUSTOM-PAK INC.　　　　　　　　　　　　　　　　　　INTERVENORS
SELF-INSURED

### ORDER GRANTING MOTION TO INTERVENE

Pending before the Court is the Motion to Intervene filed by Custom-Pak Inc., Intervenor, pursuant to Rule 24 of the Arkansas Rules of Civil Procedure. Good cause having been shown, the Motion to Intervene is hereby granted. Intervenor is directed to file its Complaint in Intervention with the Clerk of the Court within thirty (30) days of the date of this Order being filed.

IT IS SO ORDERED.

_____
DISTRICT COURT JUDGE

DATE: 2/23/12

APPROVED AS TO FORM:

_____
WILLIAM C. FRYE