IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

KRIS E. BLEVENS and wife,
LINDA BLEVENS,

      PLAINTIFFS,

Vs.                              No.  3:11cv00126 JMM
                                       JURY DEMAND

BEMIS COMPANY, INC.,
HAYSSEN MANUFACTURING COMPANY (HMC); and
HAYCO LIQUIDATING COMPANY, INC.

      DEFENDANTS

CUSTOM-PAK INC.
SELF-INSURED

      INTERVENORS

CONSENT ORDER GRANTING PLAINTIFF ADDITIONAL TIME TO ANSWER
AND RESPOND TO SEPARATE DEFENDANT, HAYCO LIQUIDATION
COMPANY, INC.'S (FORMERLY HAYSSEN MANUFACTURING COMPANY)
INTERROGATORIES AND REQUESTS FOR PRODUCTION OF DOCUMENTS
PROPOUNDED TO PLAINTIFFS

By agreement, counsel for the Plaintiff, and counsel for separate Defendant, Hayco Liquidation Company (formerly Hayssen Manufacturing Company), Kevin W. Cole, have agreed that Plaintiff's counsel is allowed up to and including April 15, 2012, within which to answer and respond to separate Defendant, Hayco Liquidation Company's (formerly Hayssen Manufacturing Company) Interrogatories and Requests for Production of Documents Propounded to Plaintiff and served upon Plaintiff on February 23, 2012 , from all of which the Court finds that said request is reasonable and should be granted.

IT IS, THEREFORE, ORDERED, ADJUDGED AND DECREED by the Court that Plaintiff's counsel is hereby granted up to and including April 15, 2012 in which to respond to separate Defendant, Defendant, Hayco Liquidation Company's (formerly Hayssen Manufacturing Company) Interrogatories and Requests for Production of Documents Propounded to Plaintiff.

_____
JUDGE

4/3/12
DATE