IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

KRIS E. BLEVENS and wife,
LINDA BLEVENS                                                                                    PLAINTIFF

Vs.                              CASE NO. 3:11cv00126 JMM

BEMIS COMPANY, INC.,
HAYSSEN MANUFACTURING COMPANY (HMC); and
HAYCO LIQUIDATING COMPANY, INC.                                              DEFENDANTS

CUSTOM-PAK INC.                                                                              INTERVENOR

ORDER

The Clerk is directed to change the style of the case to reflect the properly named Defendants. Pursuant to the Answer filed on behalf of the Defendants (docket # 38): Hayco Liquidation Company is formerly Hayssen Manufacturing Company and is incorrectly identified as Hayco Liquidating Company Inc. Accordingly, the properly named Defendant is Hayco Liquidation Company, f/k/a Hayssen Manufacturing Company. The defendant Hayco Liquidating Company, Inc. should be terminated. Separate Defendant Bemis Company, Inc. is properly identified.

IT IS SO ORDERED THIS 5th day of April, 2012.

_____
UNITED STATES DISTRICT JUDGE