IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

KRIS E. BLEVENS and wife,
LINDA BLEVENS                                                                                    PLAINTIFF

Vs.                              CASE NO. 3:11cv00126 JMM

BEMIS COMPANY, INC.,
HAYSSEN MANUFACTURING COMPANY (HMC); and
HAYCO LIQUIDATING COMPANY, INC.                                               DEFENDANTS

CUSTOM-PAK INC.                                                                              INTERVENOR

## ORDER

The Clerk is directed to change the style of the case to reflect the properly named Defendants. Pursuant to the Answer filed on behalf of the Defendants (docket # 38): Hayco Liquidation Company is formerly Hayssen Manufacturing Company and is incorrectly identified as Hayco Liquidating Company Inc. Accordingly, the properly named Defendant is Hayco Liquidation Company, f/k/a Hayssen Manufacturing Company. The defendant Hayco Liquidating Company, Inc. should be terminated. Separate Defendant Bemis Company, Inc. is properly identified.

IT IS SO ORDERED THIS 5th day of April, 2012.

_____
UNITED STATES DISTRICT JUDGE