IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

| | |
|---|---|
| **KRIS E. BLEVENS and wife,** | |
| **LINDA BLEVENS** | **PLAINTIFFS** |
| | |
| v.     Case No. 3:11CV00126 KGB | |
| | |
| **BEMIS COMPANY, INC.;** | |
| **HAYSSEN MANUFACTURING COMPANY (HMC);** | |
| **and HAYCO LIQUIDATING COMPANY, INC.** | **DEFENDANTS** |
| | |
| **BEMIS COMPANY, INC.; and** | |
| **HAYCO LIQUIDATION COMPANY** | |
| **f/k/a HAYSSEN MANUFACTURING COMPANY** | **COUNTER-CLAIMANTS** |
| | |
| v. | |
| | |
| **CUSTOM-PAK INC.** | **INTERVENOR/COUNTER-DEFENDANT** |

### ORDER

Pursuant to the parties' request, the Court removes this case from the trial docket for the week of July 8, 2013.

SO ORDERED this the 27th day of June, 2013.

_____
Kristine G. Baker
United States District Judge