IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

| | | |
|---|---|---|
| **KRIS E. BLEVENS and wife,** | | |
| **LINDA BLEVENS** | | **PLAINTIFFS** |
| | | |
| v. | Case No. 3:11CV00126 KGB | |
| | | |
| **BEMIS COMPANY, INC.;** | | |
| **HAYSSEN MANUFACTURING COMPANY (HMC);** | | |
| **and HAYCO LIQUIDATING COMPANY, INC.** | | **DEFENDANTS** |
| | | |
| **BEMIS COMPANY, INC.; and** | | |
| **HAYCO LIQUIDATION COMPANY** | | |
| **f/k/a HAYSSEN MANUFACTURING COMPANY** | | **COUNTER-CLAIMANTS** |
| | | |
| v. | | |
| | | |
| **CUSTOM-PAK INC.** | | **INTERVENOR/COUNTER-DEFENDANT** |

### ORDER

Before the Court is the parties' stipulation for dismissal (Dkt. No. 162). The parties jointly stipulate that the second amended complaint and the complaint in intervention filed in this matter should be dismissed with prejudice, with each party to bear its own fees and costs. Accordingly, all claims in this action are dismissed with prejudice, and each party shall bear its own fees and costs.

The Clerk of Court is directed to close this case.

SO ORDERED this the 8th day of July, 2013.

_____
Kristine G. Baker
United States District Judge